**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLAUDIA KATS, et. al., | CASE NO. 5:11-cv-06379 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFFS' MOTION TO REOPEN** |
| v. | |
| STANFORD HOSPITALS & CLINICS, et. al., | [Docket Item No(s). 17] |
| Defendant(s). | |

On or about July 17, 2012, Plaintiffs Klaudia Kats, Edward Kats, August Kats, and Jay Kats ("Plaintiffs") submitted a lengthy document entitled "Request to Reopen Case 511-CV-06379." See Docket Item No. 6. The court has considered such document as a motion for relief under Federal Rule of Civil Procedure 60. See Espinosa v. United Student Aid Funds, 553 F.3d 1193, 1199 (9th Cir. 2008) ("After a judgment . . . is finalized, and the time for appeal has run, the judgment can only be reconsidered in the limited circumstances provided by Rule 60(b)."). As so construed, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 31, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-06379 EJD
ORDER DENYING PLAINTIFFS' MOTION TO REOPEN